UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| ANDRE ANDERSON, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:13CV21 SNLJ |
| GEORGE LAMBORDIA, et al., | ) |
| Defendants. | ) |

## ORDER OF PARTIAL DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that, as to defendants George Lambordia, Ian Wallace and Cheryl Thompson, plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS FURTHER ORDERED** that plaintiff's due process claims are **DISMISSED,** without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS FURTHER ORDERED** that an appeal of this dismissal would not be taken in good faith.

Dated this 11th day of March, 2013.

STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE