UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| ANDRE ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:13CV21SNLJ |
| ) | |
| GEORGE LAMBORDIA, et al., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

The Court denied, in part, defendants' summary judgment motion by Memorandum and Order of this same date. Plaintiff, however, has not filed any document with this Court since September 2013, nor did plaintiff respond at all to the summary judgment motion. Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall file with the Court a notice of his intention to pursue his claims in this case no later than April 21, 2014. **If plaintiff fails to comply with this Order, his case may be dismissed for failure to prosecute in accordance with Federal Rule of Civil Procedure 41(b).**

Dated this  4th  day of April, 2014

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE