RECEIVED BY MAIL
APR 16 2014
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

United States District Court
Eastern District of Missouri
Southeastern Division

Andre Anderson )
   Plaintiff )
                V ) Case No. 1:13CV21SNLJ
George Lambordia et al. )
   Defendants )

Plaintiffs Response to
Memorandum and Order

Plaintiff comes now Pro Se' notifying the court that he still wants to pursue this law suit. Lack of action on this case by Pliantiff is because of the following:

1) Lack of funds to purchase stamps.
2) Not understanding Summary Judgment.
3) Confusion & fear of messing up law suit by doing or responding wrong.

Dated this 14th day of April

Mr. Andre Anderson
1134097
a Plaintiff

Mr. Andre Anderson 1134097 1-C-223
Moberly Correctional Center
P.O. Box 7
Moberly, Mo 65270

This correspondence is from an inmate in the custody of the Missouri Department of Corrections. The Department is not responsible for the content of this correspondence. For information about the Department or to verify information about the offender, please visit our website at www.doc.mo.gov.

MID-MISSOURI P&DF
MO 652 2 T
14 APR 2014 PM



RECEIVED BY MAIL
APR 16 2014
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

United States District Court
Southeastern Division
555 Independence St
Cape Girardeau, Mo. 63703

Legal Mail

63703+6235