UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| ANDRE ANDERSON, | ) |
| Plaintiff(s), | ) |
| v. | ) No. 1:13-CV-00021-SNLJ |
| GEORGE LAMBORDIA, et al., | ) |
| Defendant(s). | ) |

### ORDER

This matter is before the Court on Plaintiff's Motion for Appointment of Counsel. The Court has reviewed the pleadings in this matter and is of the opinion that appointment of counsel would best serve the interest of justice.

Accordingly,

**IT IS HEREBY ORDERED** that

Thomas F. Robison
THORNTON AND ROBISON
113 W. North Street
P.O. Box 40
Sikeston, MO  63801
Phone:  573-471-1207   Fax:  573-471-1050

is appointed to represent plaintiff in this matter. The Clerk of the Court shall provide plaintiff's newly-appointed counsel with a complete copy of the court file at no cost.

Dated this 14th day of August, 2014.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE