OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHEASTERN DIVISION
555 INDEPENDENCE STREET
CAPE GIRARDEAU, MISSOURI 63703

OFFICIAL BUSINESS

RECEIVED BY MAIL
AUG 25 2014

ST LOUIS
MO 630
15 AUG '14
PM 10 L

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

Hasler
08/14/2014
US POSTAGE $00.48⁰

FIRST-CLASS MAIL

ZIP 63703
011D10623731

UTF
RETURN TO SENDER
[ ] PROPER ID NOT PROVIDED
[ ] UNAUTHORIZED
[ ] NO FORWARDING ADDRESS

Andre Anderson
REG NO. 1334097
MOBERLY CORRECTIONAL CENTER

FORWARD

NIXIE       631   SC  1         0008/21/14
           RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD

BC: 63703623555      *3016-04130-15-35

Case: 1:13-cv-00021-SNLJ   Doc. #:  28   Filed: 08/14/14   Page: 1 of 1 PageID #: 133

**RECEIVED BY MAIL**

AUG 25 2014

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| ANDRE ANDERSON, | ) |
| Plaintiff(s), | ) |
| v. | ) No. 1:13-CV-00021-SNLJ |
| GEORGE LAMBORDIA, et al., | ) |
| Defendant(s). | ) |

### ORDER

This matter is before the Court on Plaintiff's Motion for Appointment of Counsel. The Court has reviewed the pleadings in this matter and is of the opinion that appointment of counsel would best serve the interest of justice.

Accordingly,

**IT IS HEREBY ORDERED** that

Thomas F. Robison
THORNTON AND ROBISON
113 W. North Street
P.O. Box 40
Sikeston, MO 63801
Phone: 573-471-1207  Fax: 573-471-1050

is appointed to represent plaintiff in this matter. The Clerk of the Court shall provide plaintiff's newly-appointed counsel with a complete copy of the court file at no cost.

Dated this 14th day of August, 2014.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE