UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| ANDRE ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:13 CV 21 SNLJ |
| | ) | |
| GEORGE LAMBORDIA, et al., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

    This Court appointed counsel for plaintiff on August 14, 2014.  However, it appears that plaintiff's address is no longer valid because plaintiff has been released from prison.  Plaintiff has not informed the Court of his new address, and more than 30 days have passed.  *See* E.D. Mo.  Local Rule 2.06(B).  As a result, this matter is DISMISSED without prejudice.

Dated this   30th   day of September, 2014

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE