OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHEASTERN DIVISION
555 INDEPENDENCE STREET
CAPE GIRARDEAU, MISSOURI 63703

OFFICIAL BUSINESS

ST LOUIS
MO 630
01 OCT '14
FORWARDING '65 L
ADDRESS
EXPIRED

RECEIVED
BY MAIL

OCT 07 2014

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

Hasler
09/30/2014
US POSTAGE $00.48⁰

ZIP 63703
011D10623731



134097

NIXIE        631    DC 1           0010/06/14
         RETURN  TO  SENDER
NOT  DELIVERABLE  AS  ADDRESSED
         UNABLE  TO  FORWARD

BC:  63763623555       *1216-01800-06-34

UTF

**Andre Anderson**
1334097
MOBERLY CORRECTIONAL CENTER
P.O. Box 7
Moberly, MO 65270

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| ANDRE ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:13 CV 21 SNLJ |
| ) | |
| GEORGE LAMBORDIA, et al., ) | |
| ) | |
| Defendant. ) | |

## ORDER

This Court appointed counsel for plaintiff on August 14, 2014. However, it appears that plaintiff's address is no longer valid because plaintiff has been released from prison. Plaintiff has not informed the Court of his new address, and more than 30 days have passed. *See* E.D. Mo. Local Rule 2.06(B). As a result, this matter is DISMISSED without prejudice.

Dated this  30th  day of September, 2014

STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE